then Carey threw a brick at him. I advised Marsh to go away. Then Carey threw another brick at Marsh and knocked him down. Marsh got the cart-rail before Carey threw a brick. The affray happened against my door.

6. Jacob Sharp, sworn. I saw Carey strike Marsh two or three times with my son's cart-whip. Marsh picked up a bit of rail, and then Carey threw bricks at Marsh. When I came up, Carey and Marsh were disputing. I advised Marsh to go away and let Carey alone. He did not go away.

7. George Fisher, sworn. I was not present when the affray began. Saw Carey strike Marsh with a whip three, four, or six licks, don't know which. Then Marsh picked up a bit of a rail, then Carey threw a brick at him, don't know it hit him, then Carey threw a second brick and knocked Marsh down. Marsh aggravated Carey by telling him he had been in jail.

8. Peter Hall, sworn. I was a justice of the peace at the time of the assault and battery.

*E. D. Cullen* to the Court and jury.

*Mr. Rogers* in reply.

The Court charged the jury. Verdict, guilty. Polled and affirmed. Fined $10, and committed.

## STATE v. ROBERT WALLER and NATHANIEL WALLER.

Court of Quarter Sessions. Sussex. November 16, 1829.

*Stout's Notes.*

*Rogers* [for State]. *Thomas Robinson* [for defendants].

1. Elijah Hatfield, sworn. Robert and Nathaniel Waller, military commissioners, came to my house, took down my gun. I seized the gun, they caught me by the throat, threw me down. I called my wife to my assistance, she came to my assistance. Robert Waller struck me. Then struck my wife. She run and Robert Waller pursued her. Threw her down and tore her hair.

2. Philip Manuel, sworn. Heard Robert Waller call on E. Hatfield for a military fine. Waller said he would not pay it.

3. Purcel Tenable, sworn. I was present when Waller sold Hatfield goods for militia forces, and bid the goods off himself. Heard Hatfield make use of threats if his goods were taken out of his house. Waller called on Hatfield for the fine money before he sold his goods. Hatfield appeared enraged.

4. John Doherty, offered. A great deal of blood. Waller was much injured.

5. James Stuart, sworn. Waller's head was cut, his hands scratched, saw him dressing his wounds.

Submitted without argument or charge. Verdict, guilty as they stand indicted. Polled and affirmed.

Fined $2 each, and committed.

### STATE v. JAMES B. ELLIOT.

Court of Quarter Sessions. November 18, 1829.

*Stout's Notes.*

*Rogers* [for State]. *P.P.* [for defendant].

| | |
|---|---|
| 1 Bay gelding value | [$]75.00 |
| 1 saddle | 6.00 |
| 2 bridles | 2.00 |
| | [$]83.00 |
| | 2 |
| Twofold value | [$]166.00 |

Property [of] Meshak Elliot.

1. Meshak Elliot, sworn. Proves the property to be his, the value as above, and that James B. Elliot confessed he stole them. I got the property restored.

2. Theodore Heras, sworn. James B. Elliot confessed he stole the property.

3. Milloway White, sworn. Offered to sell the horse etc. for $18.00, and I bought him.

Submitted without argument or charge. Verdict, guilty.